923 A.2d 226

ST. JOSEPH'S KOREAN CATHOLIC CHURCH, PLAINTIFF–APPEL-LANT, v. THE ZONING BOARD OF ADJUSTMENT OF THE BOROUGH OF ROCKLEIGH AND MAYOR AND COUNCIL OF THE BOROUGH OF ROCKLEIGH, DEFENDANTS–RESPON-DENTS, AND ELAINE PONTONE, ET AL., DEFENDANTS.

May 8, 2007.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.